JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MALCOLM MELVIN,** | No. ED CV 17-00839-VBF-GJS |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| WARDEN DAVID SHINN, POYNTER (Health Services Administrator), DR. RUTLEDGE, MRS. WOLVERTON, and THE HEALTH SERVICES DEPARTMENT, | |
| Defendants. | |

Pursuant to this Court's contemporaneously issued Order Converting the Prior Without-Prejudice Dismissal of the Action to a With-Prejudice Dismissal Due to Plaintiff's Continuing Lack of Prosecution and Continuing Failure to Comply With Court Orders, Directing the Entry of a Separate Final Judgment, and Terminating and Closing the Case, **final judgment is hereby entered in favor of all the defendants and against plaintiff Malcolm Melvin**.

Dated: August 24, 2017

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE